UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-61604-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

vs.

WINGS N RIBS SPORTS GRILL, INC. d/b/a
BRU'S ROOM SPORTS GRILL
POMPANO BEACH,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

    Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant, WINGS N RIBS SPORTS GRILL, INC., have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully requests twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: August 17, 2016.

                                                  BY:   /s/ Peter S. Leiner
                                                           Jason S. Weiss
                                                           Jason@jswlawyer.com
                                                           Florida Bar No. 356890
                                                           Peter S. Leiner
                                                           Peter@jswlawyer.com
                                                           Florida Bar No. 104527
                                                           **WEISS LAW GROUP, P.A.**
                                                          5531 N. University Drive, Suite 103
                                                          Coral Springs, FL 33067
                                                          Tel: (954) 573-2800
                                                          Fax: (954) 573-2798
                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17TH day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

BY: /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527