UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-cv-61604-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

v.

WINGS N RIBS SPORTS GRILL, INC
d/b/a BRU'S ROOM SPORTS GRILL
POMPANO BEACH,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [14]. It is **ORDERED AND ADJUDGED** that the above-styled case is hereby **DISMISSED**. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of August, 2016.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  Counsel of Record